

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00028-CV

| | | |
|---|---|---|
| Bryan L. Walter | § | From the 325th District Court |
| v. | § | of Tarrant County (325-482523-10) |
| | § | November 7, 2013 |
| Donald E. Teller, Jr. and Sonya Dee Jennings | § | Opinion by Justice Meier |

## JUDGMENT ON REHEARING

Appellant Bryan L. Walter filed a motion for rehearing of our opinion issued June 27, 2013. We grant the motion in part, withdraw our previous opinion and judgment of June 27, 2013, and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court to reconsider the amount of sanctions to be ordered against Bryan L. Walter, if any, under only chapter 10 of the civil practice and remedies code. *See* Tex. R. App. 43.2(d); *Howell v. Tex. Workers' Comp. Comm'n*, 143 S.W.3d 416, 449 (Tex. App.—Austin 2004, pets. denied) (remanding case for recalculation of sanctions).

It is further ordered that Appellees Donald E. Teller, Jr. and Sonya Dee Jennings shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____